UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYMEYON V. HILL,

    Plaintiff,

v.

JONATHAN MA, ESQ.,

    Defendant.

Case No. 24-cv-01294-YGR (PR)

**ORDER OF TRANSFER**

Plaintiff, a civil detainee currently being held in custody at Napa State Hospital ("NSH"), filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has also filed a motion for leave to proceed *in forma pauperis*.

Plaintiff has numerous cases in this district. However, in this particular case, he named Jonathan Ma, Esq. from "Sacramento County" as the *sole* defendant in this matter. Dkt. 1 at 1, 3.[1] Plaintiff seeks monetary damages. *Id.* at 4.

Further, and while difficult to read, the complaint alleged acts which occurred before he arrived at NSH. Instead, the complaint focuses on acts at the Sacramento County Superior Court, which is located in the Eastern District of California. Additionally, it appears that defendant Ma resides in that district. Venue, therefore, properly lies in that district and not in this one.[2] *See* 28 U.S.C. § 1391(b).

---

[1] Page number citations refer to those assigned by the Court's electronic case management filing system and not those assigned by plaintiff. The Court further notes that pages 2 and 3 of the complaint were switched when they were scanned into the ECF system. *See* Dkt. 1 at 2-3. Nevertheless, the Court will still refer to the ECF system's page numbers.

[2] This matter was inadvertently transferred to this district from the Eastern District as plaintiff is in custody in NSH, *see* Dkt. 3, but the complaint does not make reference to any constitutional violations at NSH, *see* Dkt. 1 at 2.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated:   October 10, 2024

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge